UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TORRANCE L. JENKINS,

                Petitioner,

-vs-                                            Case No. 6:09-cv-1740-Orl-35KRS

5TH DISTRICT COURT OF APPEAL,
ATTORNEY GENERAL FOR THE STATE OF
FLORIDA,

                Respondents.
_____

## **ORDER**

Petitioner initiated this action by filing a pleading entitled "Writ of Prohibition" (Doc. No. 1). Since it appeared that Petitioner was actually seeking habeas corpus relief pursuant to 28 U.S.C. § 2254, the Court entered an Order requiring Petitioner to refile his petition on the appropriate form (Doc. No. 3). Petitioner then filed a response/motion to clarify (Doc. No. 5) stating that, indeed, he was seeking a writ of prohibition, not federal habeas relief.

Petitioner requests this Court to "force the [Florida Fifth District Court of Appeal] to withdraw its P.C.A. of [the denial] of Petitioner's post conviction [motion] . . . ." (Doc. No. 3 at 1.) Generally, a writ of prohibition is "used by appellate courts to exert their revisory powers over inferior courts, but is not an appropriate remedy to control the jurisdiction of other, nonsubordinate courts." *Gevedon v. Attorney General*, 2003 WL 21295032, at *1 (N.D. Tex. May 30, 2003) (citations omitted) (internal quotations omitted); *see also*

*Olivier-Ward v. Blackwell,* 1997 WL 669962, at *1 (9th Cir. October 27, 1997) (holding that "[a] writ of prohibition is not a means for invalidating the judgment of a non-subordinate court such as a state court, but rather is a means of confining or compelling the exercise of jurisdiction of an `inferior court' such as a lower federal court.") A Florida state court is not "inferior" to a federal district court. Consequently, Petitioner is not entitled to relief by way of prohibition.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Petition for Writ of Prohibition (Doc. No. 1) filed by Torrance L. Jenkins is **DENIED**, and this case is **DISMISSED**.

2. The Clerk of the Court and is directed to close this case.

3. Any pending motions are denied as moot.

**DONE AND ORDERED** in Orlando, Florida, this 9th day of November 2009.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies to:
sa 11/9
Torrance L. Jenkins